1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUNIOR A. MORAN,                    No.  1:23-cv-01313-KES-SKO (HC)

12              Petitioner,              ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS
13                                       (Doc. 6)

14        v.                             ORDER DISMISSING PETITION FOR WRIT
                                         OF HABEAS CORPUS AND DIRECTING
15                                       CLERK OF COURT TO ENTER JUDGMENT
                                         AND CLOSE CASE
16   OFFICE OF THE ATTORNEY
     GENERAL OF THE STATE OF            ORDER DECLINING TO ISSUE
17   CALIFORNIA,                         CERTIFICATE OF APPEALABILITY

18              Respondent.

19

20

21        Petitioner Junior A. Moran is a state prisoner proceeding pro se and in forma pauperis

22   with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred

23   to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

24        On October 16, 2023, the assigned magistrate judge issued findings and recommendations

25   to dismiss the petition.  Doc. 6.  Those findings and recommendations were served upon all

26   parties and contained notice that any objections thereto were to be filed within ten (10) days after

27   service.  Id. at 3.  No objections have been filed, and the deadline to do so has expired.

28        In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of

1

the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

In addition, the Court declines to issue a certificate of appealability.  A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003).  The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

> (a)     In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
>
> (b)     There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
>
> (c)     (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from—
>
>> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>>
>> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If a court denies a petitioner's petition, the court may issue a certificate of appealability only when a petitioner makes a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

In the present case, the Court finds that Petitioner has not made the required substantial

1   showing of the denial of a constitutional right to justify the issuance of a certificate of

2   appealability.  Reasonable jurists would not find the Court's determination that Petitioner is not

3   entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to

4   proceed further.  Thus, the Court declines to issue a certificate of appealability.

5          Accordingly,

6          1.      The Findings and Recommendations issued on October 16, 2023, (Doc. 6), are

7                  adopted in full;

8          2.      The petition for writ of habeas corpus is dismissed;

9          3.      The Clerk of Court is directed to enter judgment and close the case; and

10         4.      The Court declines to issue a certificate of appealability.

11         This order terminates the action in its entirety.

12

13

14   IT IS SO ORDERED.

15     Dated:    April 2, 2024
                                        _____
16                                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28